BLACK MESA WATER COALITION; Dine Hataalii Association; To Nizhoni Ani; Dine Alliance; C–Aquifer for Dine; Sierra Club; Center for Biological Diversity; Natural Resources Defense Council, Plaintiffs–Appellants,

v.

Sally JEWELL, in her official capacity as U.S. Secretary of the Interior, Defendant–Appellee.

No. 12–16980.

United States Court of Appeals, Ninth Circuit.

Aug. 7, 2015.

Brad Arthur Bartlett, University of Denver Sturm School of Law Environmental Law Clinic, Denver, CO, Matt Kenna, Durango, CO, Walton Davis Morris, Jr., Morris Law Office PC, Charlottesville, VA, Howard M. Shanker, The Shanker Law Firm PLC, Tempe, AZ, for Plaintiffs–Appellants.

Paul A. Bullis, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Defendant–Appellee.

Before: GOULD and WATFORD, Circuit Judges and OLIVER,* Chief District Judge.

ORDER

The mandate that issued on March 23, 2015 is recalled. The parties' joint motion to dismiss the appeal, CM–ECF 44, is GRANTED and the appeal is DISMISSED. Because a live controversy existed when we rendered our opinion, and

* The Honorable Solomon Oliver, Jr., Chief District Judge for the U.S. District Court for the

its precedent may provide guidance to the involved agency or to parties or other panels in future cases, the panel exercises its discretion not to vacate the opinion filed January 26, 2015. *U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship*, 513 U.S. 18, 115 S.Ct. 386, 130 L.Ed.2d 233 (1994). The mandate shall reissue forthwith.